## **AFFIDAVIT**

I, William Mizell, being first duly sworn, according to law, state and depose as follows:

1. I am currently employed as a Deputy U.S. Marshal with the United States Marshals Service, Northern District of Ohio, Akron, office. I have been a Deputy U.S. Marshal for approximately fifteen years, and am trained in the investigation and apprehension of fugitives. I completed the Criminal Investigator's training course and the U.S. Marshals Basic Deputy Course in the spring of 1999 at the Federal Law Enforcement Training Center in Glynco, Georgia. Prior to this, I served for approximately five years on the Wyoming Highway Patrol.

2. In my capacity as a Deputy United States Marshal, I have investigated crimes related to Escape from the Custody of the Attorney General, in violation of Title 18, United States Code, Sections 4082(a) and 751(a).

3. This Affidavit is based upon my personal investigation, and includes information provided by the Federal Bureau of Prisons and Oriana Halfway House, Akron, Ohio. The information presented in this affidavit is for the limited purpose of establishing probable cause for the issuance of a complaint and arrest warrant and does not include every fact known to me regarding the investigation.

4. On November 26, 2007, United States District Judge Christopher A. Boyko sentenced Kevin BEDELL to the custody of the United States Bureau of Prisons (BOP) for a term of 110 months for violations of Title 21, United States Code, Section 846, Conspiracy to Distribute Cocaine Base/Cocaine in Case Number 1:06CR564-005. The term of imprisonment was to be followed by a three year term of supervised release.

5. On July 15, 2013, BEDELL was furloughed and transferred via bus from FCC Petersburg, which is located in Petersburg, Virginia, to the Oriana House for Men, 55 E. Glenwood Avenue, Akron, OH 44309 to begin serving his Residential Re-entry Center

placement. BEDELL arrived at Oriana House on July 16, 2013, and was scheduled to be released on January 11, 2014.

6. On Monday, October 28, 2013, Oriana House received drug test results for BEDELL from a drug test administered on October 22, 2013, indicating BEDELL was positive for opiates. On that same day, Monday, October 28, 2013, at 11:27 a.m., BEDELL walked out of the Oriana House for Men without permission, and was placed on escape status. On Monday, October 28, 2013, the Federal Bureau of Prisons issued a Notice of Escaped Federal Prisoner for Kevin BEDELL.  On Monday, May 12, 2014, BEDELL was located in-custody at the Lorain County Jail, booked under the alias Kevin L. McKINNEY.

7. Title 18, United States Code, Section 4082(a) provides: The willful failure of a prisoner to remain within the extended limits of his confinement, or to return within the time prescribed to an institution or facility designated by the Attorney General, shall be deemed an escape from the custody of the Attorney General punishable as provided in Chapter 35 of this title.

8. Chapter 35 of Title 18, United States Code, Section 751(a) provides:  Whoever escapes or attempts to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge, or from the custody of an officer or employee of the United States pursuant to lawful arrest, shall, if the custody or confinement is by virtue of an arrest, on an charge of a felony, or conviction of any offense, be fined under this title or imprisoned not more than five years, or both; or if the custody or confinement is for extradition, or for exclusion or expulsion proceedings under immigration laws, or by virtue of an arrest or charge of or for a


misdemeanor, and prior to conviction, be fined under this title or imprisoned not more than one year, or both.

9. Based upon the foregoing, Affiant believes there is probable cause to believe that Kevin BEDELL did knowingly and willfully escape from the custody of the United States BOP in violation of Title 18, United States Code, Sections 4082(a) and 751(a).

ATTACHMENTS:

A: JUDGMENT IN A CRIMINAL CASE USA V. Kevin BEDELL

B: NOTICE OF ESCAPED FEDERAL PRISONER, Kevin BEDELL

C: RESIDENTIAL REENTRY ESCAPE REPORT, Kevin BEDELL

_____
Deputy William Mizell
United States Marshal Service

Sworn and subscribed before me this
13th day of May, 2014

_____
Kathleen B. Burke
United States Magistrate Judge